Nicole Giacinti (SBN 233121)
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 553-3902
Fax: (415) 848-9130

Counsel for Defendant, Regina Dean

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>REGINA DEAN,<br><br>        Defendants. | No.: **CR 13-00212 PJH**<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING AND**<br>**EXCLUDING TIME**<br><br>Date: April 4, 2013<br>Time: 9:30 a.m.<br>Court: Judge Kandis Westmore |

On March 27, 2013, the Court held a detention hearing in this case and set April 4, 2013, as the date for preliminary hearing or arraignment. On March 28, 2013, the government filed an indictment against the above named defendant. Counsel for defendant has a previously scheduled conflicting court appearance on the date currently scheduled for arraignment. The next available date for both defense counsel and the government is April 9, 2013. The parties hereby stipulate and request to set the date for arraignment on the recently filed indictment for April 9, 2013.

Pursuant to 18 U.S.C. § 3161, the defendant and the government consent to the extension of time and the parties represent that good cause exists for this extension, including continuity of counsel. *See* 1 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an extension of time outweigh the best interests of the public and the defendant

///

in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**It is so stipulated.**

    April 1, 2013                                                       /s/
Dated                                                             Brian Lewis
                                                                 Assistant United States Attorney

    April 1, 2013                                                         /s/
Dated                                                             Nicole Giacinti
                                                                 Counsel for Regina Dean

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court sets April 9, 2013, as the date for arraignment. The Court also finds that exclusion of time from April 4, 2013, to April 9, 2013, from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant continuity of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

**It is so ordered.**

 4/3/13                                                                                                           *Kandis Westmore*
Dated                                                            The Honorable Kandis Westmore
                                                                United States Magistrate Judge